UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 22-cr-00148 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JOHN MICHAEL MURPHY (01) | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation (Record Document 32) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 33), and the response thereto (Record Document 34), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Record Document 19) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 10th day of March, 2023.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE